**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN IVAN PEREZ GONZALEZ,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center, *et al*.,<br>Respondents. | Case No. 5:26-cv-05521-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: October 2, 2026

/s/
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE